CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:07-cv-01151
### Internal Use Only

Baker et al v. Pfizer Inc et al
Assigned to: Judge David Hittner
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/05/2007
Date Terminated: 05/30/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj.
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Patsy Baker**                           represented by   **Michael T Gallagher**
                                                           The Gallagher Law Firm
                                                           2905 Sackett Street
                                                           Houston, TX 77098
                                                           713-222-8080
                                                           Fax: 713-238-7852
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Baker**                         represented by   **Michael T Gallagher**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethel Barnett**                         represented by   **Michael T Gallagher**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tripp Bass**                            represented by   **Michael T Gallagher**
*Individually and on behalf of*                            (See above for address)
*Edward Clifton ( deceased)*                               *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DeAndrea Berry**
*Individually and on behalf of*
*Willie Berry (deceased)*

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vickie Bissinger**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Etta Blanton**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Brooks**
*Individually and on behalf of the*
*Estate of Edward L Brooks*

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doris Bryles**
*Individually and on behalf of*
*Masculine Walker (deceased)*

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobby Caldwell**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isabell Cannon**
*Individually and on behalf of*
*Alene Tucker (incapacitated*
*adult)*

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estella Carter**                              represented by **Michael T Gallagher**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Chatman**                               represented by **Michael T Gallagher**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James L Clevenger**                           represented by **Michael T Gallagher**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Coen**                                   represented by **Michael T Gallagher**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Collette**                         represented by **Michael T Gallagher**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terry Cushingberry**                          represented by **Michael T Gallagher**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elva Ferguson**                               represented by **Michael T Gallagher**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Enrique Flores**                              represented by **Michael T Gallagher**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Foney**                    represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Armour Gowins**                  represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Greer**                    represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cleo Griffith**                  represented by **Michael T Gallagher**
*Individually and on behalf of*    (See above for address)
*Anna Griffith (deceased)*         *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Mae Holloway**            represented by **Michael T Gallagher**
*individually and on behalf of*    (See above for address)
*Russell Holloway (deceased)*      *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Howard**                 represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vivian Hughes**                  represented by **Michael T Gallagher**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Downs**                    represented by **Michael T Gallagher**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Ann Marcum**                 represented by **Michael T Gallagher**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Wayne Newsome**             represented by **Michael T Gallagher**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Polly Robinson**                   represented by **Michael T Gallagher**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Letha Isaacs**                     represented by **Michael T Gallagher**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernard Krasicki**                 represented by **Michael T Gallagher**
*individually and on behalf of*                     (See above for address)
*Beatrice Krasicki*                                 *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Kuhn**                      represented by **Michael T Gallagher**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanette Latimer**
*individually and on behalf of*
*Curtis Latimer (deceased)*

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theodore Malget**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Massey**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randy Miller**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Morley**
*Individually and on behalf of*
*Gary Morley (deceased)*

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Newman**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Payne**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy Pharr**
*individually and on behalf of*
*Oscar Shelley (deceased)*

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Quantilla Potts**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LaDonna Purl**
*individually and on behalf of Julia*
*A Davis (deceased)*

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lois Ramage**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geneva Rima**
*individually and on behalf of*
*Myrtle Sherbon (deceased)*

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Sanchez**
*individually and on behalf of*
*Ruben Sanchez (deceased)*

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Sawyer**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Scoggins**                          represented by **Michael T Gallagher**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alice Siller**                            represented by **Michael T Gallagher**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Simonson**                           represented by **Michael T Gallagher**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alberta Smith**                           represented by **Michael T Gallagher**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlene Smith**                          represented by **Michael T Gallagher**
*individually and on behalf of*            (See above for address)
*Willa Jeffries an incapaciated*           *LEAD ATTORNEY*
*Adult*                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harold Stevens**                          represented by **Michael T Gallagher**
*individually and on behalf of*            (See above for address)
*Patricia Stevens (deceased)*              *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derald Stone**                            represented by **Michael T Gallagher**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Tenney**                        represented by **Michael T Gallagher**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Wilson**                    represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc**                       represented by **Kenneth J Ferguson**
Clark Thomas et al
PO Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129
Email: kjf@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A Benitez**
Clark Thomas et al
P O Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129 fax
Email: jmh@ctw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corp**                   represented by **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A Benitez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**G D Searle LLC**                    represented by **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A Benitez**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350) filed by all plaintiffs.(mmapps, ) Additional attachment(s) added on 4/5/2007 (mmapps, ). (Entered: 04/05/2007) |
| 04/05/2007 | | CIVIL Filing fee re: 1 Complaint : $350., receipt number 4-580504, filed. (ejones, )Paid by The Gallager Law Firm. (Entered: 04/05/2007) |
| 04/05/2007 | | Summons Issued as to Pfizer Inc, Pharmacia Corp, G D Searle LLC, filed.(mmapps, ) (Entered: 04/05/2007) |
| 04/05/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 8/3/2007 at 02:00 PM in Courtroom 9B before Judge Sim Lake.( Judge Sim Lake ) Parties notified.(blacy, ) (Entered: 04/05/2007) |
| 04/06/2007 | 3 | ORDER OF RECUSAL. Judge Sim Lake recused. Case reassigned to Judge David Hittner for all further proceedings. ( Signed by Judge Sim Lake ) Parties notified.(dhansen, ) (Entered: 04/06/2007) |
| 04/10/2007 | | (Court only) ***Deadlines terminated. (ealexander, ) (Entered: 04/11/2007) |
| 04/10/2007 | 4 | ORDER Initial Conference set for 7/18/2007 at 10:00 AM in Courtroom 702 before Magistrate Judge Stephen Smith. ( Signed by Judge David Hittner ) Parties notified. (ealexander, ) (Entered: 04/11/2007) |
| 04/20/2007 | 5 | CERTIFICATE OF INTERESTED PARTIES by Plaintiff's, filed.(bthomas, ) (Entered: 04/20/2007) |
| 05/08/2007 | 8 | RETURN of Service of SUMMONS Executed as to G.D. Searle & Co served on 4/26/2007, answer due 5/16/2007, filed. |

| | | |
|---|---|---|
| | | (bthomas, ) (Entered: 05/15/2007) |
| 05/08/2007 | ◎ 9 | RETURN of Service of SUMMONS Executed as to Pfizer Inc served on 4/26/2007, answer due 5/16/2007, filed.(bthomas, ) (Entered: 05/15/2007) |
| 05/08/2007 | ◎ 10 | RETURN of Service of SUMMONS Executed as to Pharmacia Corp served on 4/26/2007, answer due 5/16/2007, filed. (bthomas, ) (Entered: 05/15/2007) |
| 05/10/2007 | ◎ 6 | Unopposed MOTION for Extension of Time to File a Responsive Pleading to Plaintiffs' Original Complaint by Pfizer Inc, Pharmacia Corp, G D Searle LLC, filed. Motion Docket Date 5/30/2007. (Attachments: # 1 Proposed Order) (Benitez, Leslie) (Entered: 05/10/2007) |
| 05/14/2007 | ◎ 7 | ORDER granting 6 Motion for Extension of Time to file a responsive pleading to Plaintiffs' Original Complaint on or before May 30, 2007.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 05/15/2007) |
| 05/25/2007 | ◎ 11 | ANSWER to Complaint with Jury Demand by Pfizer Inc, Pharmacia Corp, G D Searle LLC, filed.(Benitez, Leslie) (Entered: 05/25/2007) |
| 05/25/2007 | ◎ 12 | Unopposed MOTION to Stay by Pfizer Inc, Pharmacia Corp, G D Searle LLC, filed. Motion Docket Date 6/14/2007. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order) (Benitez, Leslie) (Entered: 05/25/2007) |
| 05/25/2007 | ◎ 13 | CORPORATE DISCLOSURE STATEMENT by Pfizer Inc., G.D. Searle LLC, Pharmacia Corporation, filed.(Benitez, Leslie) (Entered: 05/25/2007) |
| 05/25/2007 | ◎ | (Court only) ***Attorney Kenneth J Ferguson for all defendants added. (ltien, ) (Entered: 06/04/2007) |
| 05/30/2007 | ◎ 14 | ORDER granting 12 Motion to Stay.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 06/04/2007) |
| 05/30/2007 | ◎ 15 | ORDER that this case is administratively closed, Case terminated on May 30, 2007.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 06/04/2007) |
| 06/07/2007 | ◎ 16 | ORDER TO TRANSFER CASE to Northern District of California, San Francisco Division..() Parties notified. (mharrison, ) (Entered: 06/08/2007) |