UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX            )
MARKETING SALES PRACTICE              )
AND PRODUCT LIABILITY                 )   MDL NO. ~~1966~~ 1699
LITIGATION.                           )   4:07-CV-1151
                                      )

THIS DOCUMENT RELATES TO LOIS RAMAGE.

## JOINT STIPULATION FOR DISMISSAL

It is hereby STIPULATED, by and between all parties, through their respective counsel and pursuant to the Federal Rules of Civil Procedure 41(a)(1), that the claims of Plaintiff Lois Ramage in this action are dismissed with prejudice. Plaintiffs to pay costs.

DATED: 11/1/07

_Navan Ward Jr._
NAVAN WARD, JR., WAR062
ATTORNEY FOR PLAINTIFF
BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36104
Telephone: 334-269-2343

DATED: 12/11/07

_Amy W. Schulman_
AMY W. SCHULMAN,
FED. NO. 3417
ATTORNEY FOR DEFENDANTS
DLA PIPER US LLP
1251 Avenue of the Avenues
New York, New York 10020-1104
Telephone: 212-835-6108

DATED: 1/5/07

MICHAEL T. GALLAGHER,
FED. NO. _____
ATTORNEY FOR DEFENDANTS
THE GALLAGHER LAW FIRM
2905 Sackett Street
Houston, Texas 77098
Telephone: 713-222-8080

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX )
MARKETING SALES PRACTICE )
AND PRODUCT LIABILITY ) MDL NO. ~~1966~~ 1699
LITIGATION. ) 4:07-CV-1151

THIS DOCUMENT RELATES TO LOIS RAMAGE.

### VERIFICATION

I, Navan Ward, as attorney for Plaintiff Lois Ramage, hereby verify that the required amount was paid to the common benefit expense fund on the 1st day of November, 2007 pursuant to Pretrial Order No. 8. Further, in accordance with the requirements of Pretrial Order No. 8 that details of any settlement amounts deposited into escrow shall be confidential, the actual amount paid has not been set further in this document.

*Navan Ward*
NAVAN WARD, JR., WAR 062
**Attorney for Plaintiff**

BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: BEXTRA AND CELEBREX        )
MARKETING SALES PRACTICE AND      )
PRODUCT LIABILITY LITIGATION.     )
                                  ) MDL NO. 1699
                                  ) 4:07-CV-1151

THIS DOCUMENT RELATES TO LOIS RAMAGE.

## VERIFICATION

As attorney for Defendants, I hereby verify that the required amount was paid to the common benefit expense fund by Plaintiffs' counsel on November 1, 2007, pursuant to Pretrial Order No. 8. Further, in accordance with the requirements of Pretrial Order No. 8, specifically that details of any settlement amounts deposited into escrow shall be confidential, the actual amount paid has not been set forth in this document.

By: Amy W. Schulman, Esq.

DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108

Attorneys for Defendants

imanage\969828.1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was emailed on this the 6th day of November, 2007 to Amy W. Schulman, Attorney for Defendants, DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104 and Michael T. Gallagher, Attorney for Defendants, The Gallagher Law Firm, 2905 Sackett Street, Houston, Texas 77098.

_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: BEXTRA AND CELEBREX           )
MARKETING SALES PRACTICE AND         )
PRODUCT LIABILITY LITIGATION.        )
                                     )
                                     ) MDL NO. 1699
                                     ) 4:07-CV-1151

THIS DOCUMENT RELATES TO LOIS RAMAGE

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF FRED AUGUSTIN

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Lois Ramage, in the above-referenced matter is dismissed with prejudice.

Dated: _____, 2007.

_____
Judge Charles R. Breyer
United States District Court

imanage\969827.1