Michael T. Gallagher
**THE GALLAGHER LAW FIRM**
2905 Sackett St.
Houston, TX 77098
(713) 222-8080
(713) 222-0066 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 07-3214 CRB

MDL NO. 1699
District Judge: Charles R. Breyer

Patsy Baker, et al.,
              Plaintiffs,
    vs.
Pfizer Inc., et al.
             Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now the Plaintiffs, Etta Blanton, Maria Sanchez, Individually and on behalf of Ruben Sanchez, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with **prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010        THE GALLAGHER LAW FIRM

By: _____
Michael T. Gallagher
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: Jan. 12, 2010  DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**