Michael T. Gallagher
**THE GALLAGHER LAW FIRM**
Bank of America Center
700 Louisiana Street, 40th Floor
Houston, TX 77002
(713) 222-8080
(713) 222-0066 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-3214 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Patsy Baker, et al.,<br><br>        Plaintiffs,<br>vs.<br>Pfizer Inc, et al.,<br>        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Ethel Barnett; Tripp Bass, Individually and on behalf of Edward Clifton; Isabell Cannon, Individually and on behalf of Alene Tucker; James L. Clevenger; Jean Coen; Jacqueline Collette; Terry Cushingberry; Armour Gowins; Shirley Howard; Jeanette Latimer, Individually and on behalf of Curtis Latimer; Karen Newman; Geneva Rima, Individually and on Behalf of Myrtle Sherbon; Charlene Smith on behalf of Willa Jeffries; Harold Stevens, Individually and on behalf of Patricia Stevens; Derald Stone; Elizabeth Tenney; and Daniel Wilson, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action

-1-

**with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010    THE GALLAGHER LAW FIRM

By: _____
    Michael T. Gallagher
    *Attorneys for Plaintiffs*

DATED: Jan. 12, 2010    DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    *Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010    _____
                       Hon. Charles R. Breyer
                       United States District Court

-2-