1  Michael T. Gallagher
   **THE GALLAGHER LAW FIRM**
2  2905 Sackett St.
   Houston, TX 77098
3  (713) 222-8080
   (713) 222-0066 facsimile
4  Attorneys for Plaintiffs

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11
                                              )  **Case No. 07-3214 CRB**
12  IN RE: BEXTRA AND CELEBREX                )
    MARKETING SALES PRACTICES AND             )  **MDL NO. 1699**
13  PRODUCT LIABILITY LITIGATION              )  **District Judge: Charles R. Breyer**
                                              )
14  ─────────────────────────────────────    )
                                              )
15  Patsy Baker, et al.,                      )
                                              )  **STIPULATION AND ORDER OF**
16                          Plaintiffs,       )  **DISMISSAL WITH PREJUDICE**
                                              )
17                vs.                         )
                                              )
18  Pfizer Inc., et al.                       )
                             Defendants.      )
19                                            )

20
        Come now the Plaintiffs, Patsy Baker, Theresa Baker, Deandra Berry, Individually and
21
    on behalf of Willie Berry, Vickie Bissinger, Jan Brooks, Individually and on behalf of Edward
22
    Brooks, Bobby Caldwell, Estella Carter, Annie Chatman, LaDonna Purl, Individually and on
23
    behalf of Julia Davis, Kim Wilson, Individually and on behalf of Michael L. Downs, Elva
24
    Ferguson, Enrique Flores, Betty Foney, David Greer, Cleo Griffith, Individually and on behalf of
25
    Anna Griffith, Willie Mae Holloway, Individually and on behalf of Russell Holloway, Vivian
26
    Hughes, Letha F. Isaacs, Bernard Krasicki, Individually and on behalf of Beatrice Krasicki,
27
    Martha Kuhn, Theodore J. Malget, Betty Ann Marcum, Kim Massey, Letonya Miller,
28
    Individually and on behalf of Randy Miller, Cheryl Morley, Individually and on behalf of Gary

                                          -1-

                STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Morley, Alma Newson, Individually and on behalf of Thomas Wayne Newsom, Steven Payne, Quantilla S. Potts, Polly Robinson, Patricia A. Sawyer, David W. Scoggins, Judy Pharr, Individually and on behalf of Oscar Shelley, Alice Siller, Jean Simonson, Alberta Smith, Doris Bryles, Individually and on behalf of Masculine Walker, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010          THE GALLAGHER LAW FIRM

By: _____
       Michael T. Gallagher
       *Attorneys for Plaintiffs*

DATED: Jan. 12, 2010          DLA PIPER LLP (US)

By: _____
       Michelle W. Sadowsky
       *Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **FEB 1 7 2010**

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE